UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

FILED by _____ D.C.

_____ 2006

CLERK _____
CLERK S. DIST. _____
S.D. OF FLA. - MIAMI

CASE NO. 06-22438-CIV-KING

INTERNATIONAL SALES GROUP, LLC,
J.O.S. REALTY CO. D/b/a TIR Sales and
Markenting,

      Plaintiffs,

v.

MCZ/CENTRUM FLORIDA III OWNER,
LLC, MCZ/CENTRUM FLORIDA XVIII,
LLC,

      Defendants.
_____/

## ORDER SETTING SCHEDULING CONFERENCE (RULE 16.1.B)

Pursuant to the Local Rules of the United States District Court for the Southern District of Florida, counsel for the respective parties are hereby required to appear before the Court on **Thursday, November 16, 2006 at 10:15 a.m.** at the James Lawrence King Federal Justice Building, 99 N.E. 4th Street, 11th Floor, Courtroom II, Miami, FL for the purpose of discussion and determination of all of those items outlined in the Rule 16.1.B provision of the local rules.

Counsel are advised that they should be fully prepared to discuss the names, identity and addresses of all prospective witnesses for each side; to exchange copies of relevant documents that each of the parties believe will be necessary for consideration during discovery and at the trial; proposed dates for the taking of such depositions as the attorneys in good faith believe will be necessary to be deposed before the cut-off of discovery and



pleading practice; and the legal issues raised by the Complaint, Answer and any Affirmative Defenses, and dates for pretrial conference and trial.

Failure to appear without good cause will result in the imposition of sanctions, which may include dismissal or default judgment.

DONE AND ORDERED in chambers at the James Lawrence King Federal Justice Building and United States Courthouse, Miami, Florida, this 2nd day of October, 2006.

JAMES LAWRENCE KING
UNITED STATES DISTRICT JUDGE

cc: *Counsel for Plaintiff:*
Harris Jay Buchbinder, Esq.
BUCHBINDER & ELEGANT
Maga Bank Building
46 S.W. 1st Street
4th Floor
Miami, Florida 33130-1610
Facsimile: (305) 358-1515

*Counsel for Defendant:*
James D. Wing, Esq.
Robert Thomas Watson, Esq.
HOLLAND & KNIGHT
701 Brickell Avenue
Suite 3000
Miami, Florida 33131
Facsimile: (305) 789-7799