UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
**CASE NO. 06-22438-CIV-KING**

INTERNATIONAL SALES GROUP, LLC,
A Florida limited liability company; J.O.S.
REALTY CO., a Florida corporation d/b/a
TIR SALES AND MARKETING,

    Plaintiffs,

vs.

MCZ / CENTRUM FLORIDA III OWNERS,
LLC, a foreign limited liability company
and MCZ / CENTRUM FLORIDA XVIII,
LLC, a Delaware limited liability company,

    Defendants.
_____/

## ANSWER TO COUNTS I AND II OF THE AMENDED COUNTERCLAIM

Counter-Defendant, INTERNATIONAL SALES GROUP, LLC., files its Answer to Counts I and II of the Amended Counterclaim and states:

1. Denies all allegations of the Amended Counterclaim not specifically and expressly admitted herein.

2. Admits the allegations contained in paragraphs 1, 2 and 11 of the Amended Counterclaim.

3. As a further defense, Counter-Defendant states that any alleged claim by Defendants that Plaintiffs' agents made oral promises to prospective purchasers would be barred by the express terms of the purchase and sale agreement, which provides that purchasers cannot rely upon oral promises and that purchasers may not assign their agreements.

WHEREFORE, Plaintiff/Counter-Defendant demands that Defendants take nothing by its

Amended Counterclaim and that the Court award to Plaintiff attorneys' fees and costs.

## CERTIFICATE OF SERVICE

IT IS HEREBY CERTIFIED that on November 27, 2006, I electronically filed the "Answer to Counts I and II of the Amended Counterclaim" with the Clerk of the Court using CM/ECF which will send notification of such filing to the following party: James D. Wing, Esq. and Robert T. Watson, Esq., Holland & Knight, LLP, Attorneys for Defendant, Suite 3000, 701 Brickell Avenue, Miami, FL 33131.

BUCHBINDER & ELEGANT, P.A.
Attorneys for Plaintiffs
4th Floor
46 SW First Street
Miami, FL 33130
Telephone:    305/358-1515
Facsimile:    305/358-5202


By: s/ HARRIS J. BUCHBINDER
    HARRIS J. BUCHBINDER
    Fla. Bar No. 009888
    Harris@belaw.cc