Page 1

```
 1                UNITED STATES DISTRICT COURT          FILED by  H.H.  D.C.
                  SOUTHERN DISTRICT OF FLORIDA          APPEALS
 2
                                                         AUG 1 5 2007
 3   INTERNATIONAL SALES        )
     GROUP, LLC, et al.         )   Case No.            CLARENCE MADDOX
                                )                       CLERK U.S. DIST. CT.
 4                              )   06-22438-CIV-JLK    S.D. OF FLA. • MIAMI
              Plaintiffs,       )
 5                              )
          -v-                   )
 6                              )
     MCZ/CENTRUM FLORIDA, et al.)
 7                              )
              Defendants.       )   Miami, Florida
 8                              )   July 18, 2007
     _____)
 9

10              TRANSCRIPT OF STATUS CONFERENCE

11          BEFORE THE HONORABLE JAMES LAWRENCE KING

12                     U.S. DISTRICT JUDGE

13

14   Appearances:

15   FOR THE PLAINTIFFS          Harris J. Buchbinder, ESQ.

16
     FOR THE DEFENDANTS          Robert T. Watson, ESQ.
17

18   Reporter                    Stephen W. Franklin, RMR, CRR, CPE
     (561)514-3768               Official Court Reporter
19                               701 Clematis Street, Suite 417
                                 West Palm Beach, Florida  33401
20

21

22

23

24

25
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

# ATTACHMENT(S) NOT SCANNED

## PLEASE REFER TO COURT FILE MAINTAINED IN THE OFFICE WHERE THE JUDGE IS CHAMBERED

## CASE NO. 06-22438-CIV-JLK
## DE#

☐ **DUE TO POOR QUALITY, THE ATTACHED DOCUMENT IS NOT SCANNED**

---

☐ VOLUMINOUS (exceeds 999 pages = 4 inches) consisting of (boxes, notebooks, etc.) _____
☐ BOUND EXTRADITION PAPERS
☐ ADMINISTRATIVE RECORD (Social Security)
☐ ORIGINAL BANKRUPTCY TRANSCRIPT
☐ STATE COURT RECORD (Habeas Cases)
☒ SOUTHERN DISTRICT TRANSCRIPTS
☐ LEGAL SIZE
☐ DOUBLE SIDED
☐ PHOTOGRAPHS
☐ POOR QUALITY (e.g. light print, dark print, etc.)
☐ SURETY BOND (original or letter of undertaking)
☐ CD's, DVD's, VHS Tapes, Cassette Tapes
☐ OTHER = _____