# EXHIBIT AND WITNESS LIST

AO 187 (Rev. 4/82)

| | | | | DISTRICT COURT |
|---|---|---|---|---|
| International Sales Group, etal. | vs. | MCZ/Centrum Florida III, etal | | SOUTHERN |
| PLAINTIFF'S ATTORNEY | | DEFENDANT'S ATTORNEY | | DOCKET NUMBER |
| Harris Buchbinder, Esq. | | James D. Wing, Esq. / Robert T. Watson, Esq. | | 06-22438-CIV-KING |
| | | | | TRIAL DATE(S): February 19, 2008 |
| PRESIDING JUDGE | | COURT REPORTER | | COURTROOM DEPUTY |
| JAMES LAWRENCE KING | | Charles Delbridge | | Joyce M. Williams |

| PLF. NO. | DEF. NO. | DATE OFFERED | Marked | Admitted | DESCRIPTION OF EXHIBITS* AND WITNESSES |
|---|---|---|---|---|---|
| ✓ | | 2-19-08 | | | Casandra Palanza (sworn) |
| 1 | | 2-19-08 | ✓ | 2-19-08 | Brokerage Agreement (SIAN) 4001 Ocean Dr. Hollywood, FL |
| ✓ | | 2-19-08 | | | Philip J. Speigelman (sworn) |
| | ✓ | 2-19-08 | | | Casandra Palanza (still under oath) |
| | 23 | 2-19-08 | ✓ | 2-19-08 | Sales report for SIAN 4000 Building |
| | 4 | 2-19-08 | ✓ | 2-19-08 | Termination letter from Elizabeth D. Jensen 7/7/06 |
| | 55 | 2-19-08 | ✓ | 2-19-08 | Email from Staci Genet Wotherspoon w/attached 8/29/05 draft brokerage agreement between MCZ/Centrum and I.S.G. |
| | 10 | 2-19-08 | ✓ | 2-19-08 | Email from Staci Genet-Wotherspoon to Cassandra Palanza, 9-26 to 11-4-05, Holly Fletcher relating to Somerset (form registration & form closing) |
| | 41 | 2-19-08 | ✓ | 2-19-08 | letter from Stacy St. Germain dated 8-2-07 to Jason Sasha |
| | 48 | 2-19-08 | ✓ | 2-19-08 | letter dated 8-29-07 from Stacy St. Germain to Dino Anagnostopoulos |
| | 15 | 2-19-08 | ✓ | 2-19-08 | Detailed spreadsheet list of refunds made to buyers at SIAN |
| | ✓ | 2-19-08 | | | Staci Wotherspoon (sworn) |
| ✓ | 49 | 2-19-08 | ✓ | 2-19-08 | Draft redline Brokerage Agreement |
| ✓ | 54 | 2-19-08 | ✓ | 2-19-08 | Email from Staci Genet Wotherspoon w/ draft brokerage agreement |
| ✓ | 53 | 2-19-08 | ✓ | 2-19-08 | Email from Staci Genet Wotherspoon w/ draft brokerage agreement |
| | 14 | 2-19-08 | ✓ | 2-19-08 | List of refunds made to buyers at SIAN 4000 |
| | 32 | 2-19-08 | ✓ | 2-19-08 | letter from Philip J. Spiegelman to Michael Lerner / brokerage services for the PARC Central |
| | ✓ | 2-19-08 | | | Cassandra Palanza (continued) |
| | ✓ | 2-19-08 | | | Michele Ryne (sworn) |
| | 42 | 2-19-08 | ✓ | 2-19-08 | Composite - notes and documents supporting problem units |
| | ✓ | 2-19-08 | | | Donald C Alexander (sworn) |
| | ✓ | 2-19-08 | | | Cassandra Palanza (Recalled) |
| | ✓ | 2-20-08 | | | Mr. Arthur Slaven (sworn) |

*Include a notation as to the location of any exhibit not held with the case file or not available because of size.

Page 1 of 2 Pages

AO 187A (4/82)

EXHIBIT AND WITNESS LIST – CONTINUATION

International Sales Group, et al. vs. MC2/Centrum Florida IV, et al

DOCKET NO. 06-22438-CIV-KING

| PLF. NO. | DEF. NO. | DATE OFFERED | Marked | Admitted | DESCRIPTION OF EXHIBITS AND WITNESSES |
|---|---|---|---|---|---|
|  | 50 | 2/20/08 | ✓ | 2/20/08 | Site Plan |
|  | 38 | 2/20/08 | ✓ | 2/20/08 | Closing Index $57,800,000.00 Construction Loan |
|  | 51 | 2/20/08 | ✓ | 2/20/08 | Letter dated 5-14-07 to Arthur Slaven & Michael Lerner |
| 2 |  | 2/20/08 | ✓ id (only) |  | Opposition and Memorandum of Law - pleading (Affidavit attached) |
| ✓ |  | 2/20/08 |  |  | Philip J. Speigelman (recalled) |

Page 2 of 2 Pages