Page 1

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISOIN
Case No. 06-22438-CIV-KING



INTERNATIONAL SALES            )
GROUP, LLC and J.O.S REALTY    )
CO. d/b/a TIR SALES AND        )
MARKETING,                     )
                               )
        Plaintiffs,            )
                               )
vs.                            )
                               )
                               )
MCZ / CENTRUM FLORIDA III      )
OWNER, LLC, MCZ / CENTRUM      )
FLORIDA XVIII, LLC, and        )
MCZ / CENTRUM FLORIDA  VI      )
OWNER, LLC,                    )
                               )
        Defendants.            )
_____)

ORIGINAL



- - -

The above-entitled cause came on for Hearing

before the Honorable James Lawrence King, Judge of

the above-styled court, at 99 NE 4th Street, Miami,

Florida, on February 20, 2008, commencing

on or about 3:30 p.m.

- - -

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

# ATTACHMENT(S) NOT SCANNED

## PLEASE REFER TO COURT FILE MAINTAINED IN THE OFFICE WHERE THE JUDGE IS CHAMBERED

## CASE NO. 06-22438-CV-KING
## DE#

☐ **DUE TO POOR QUALITY, THE ATTACHED DOCUMENT IS NOT SCANNED**

---

☐ VOLUMINOUS (exceeds 999 pages = 4 inches) consisting of (boxes, notebooks, etc.)_____
☐ BOUND EXTRADITION PAPERS
☐ ADMINISTRATIVE RECORD (Social Security)
☐ ORIGINAL BANKRUPTCY TRANSCRIPT
☐ STATE COURT RECORD (Habeas Cases)
X SOUTHERN DISTRICT TRANSCRIPTS
☐ LEGAL SIZE
☐ DOUBLE SIDED
☐ PHOTOGRAPHS
☐ POOR QUALITY (e.g. light print, dark print, etc.)
☐ SURETY BOND (original or letter of undertaking)
☐ CD's, DVD's, VHS Tapes, Cassette Tapes
☐ OTHER = _____