UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 06-22438-CIV-KING

INTERNATIONAL SALES GROUP, LLC and
J.O.S. REALTY CO.
d/b/a TIR SALES AND MARKETING,

    Plaintiffs,

vs.

MCZ / CENTRUM FLORIDA III OWNER, LLC
MCZ / CENTRUM FLORIDA XVIII, LLC, and
MCZ / CENTRUM FLORIDA VI OWNER, LLC,

    Defendants.
_____/

## FINAL JUDGMENT

THIS CAUSE came on before the Court upon a non-jury trial on February 19 and 20, 2008. Upon the Court's findings of fact and conclusions of law, it is ORDERED AND ADJUDGED:

1. Judgment is hereby entered on behalf of Defendants, MCZ / Centrum Florida III Owner, LLC, MCZ / Centrum Florida XVIII, LLC, and MCZ / Centrum Florida VI Owner, LLC, against the Plaintiffs, International Sales Group, LLC and J.O.S. Realty Co. d/b/a TIR Sales and Marketing, and Plaintiffs shall take nothing from this action and shall go hence without day;

2. Any remaining pending motion is hereby **DENIED AS MOOT**;

3. The Court reserves jurisdiction to enter a separate judgment for costs and attorney's fees to the Defendants as prevailing party and to enforce the parties' settlement agreement as to transferred units.

2

DONE AND ORDERED in chambers at the James Lawrence King Federal Justice Building and United States Courthouse, Miami, Florida this 14th day of March, 2008.

／s／ James Lawrence King
JAMES LAWRENCE KING
UNITED STATES DISTRICT JUDGE

Conformed Copies to:
James D. Wing, Esq.
Harris J. Buchbinder, Esq.

# 5161076 v2