

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE NO. 06-22438-CIV-KING

INTERNATIONAL SALES GROUP, LLC,
A Florida limited liability company; J.O.S.
REALTY CO., a Florida corporation d/b/a
TIR SALES AND MARKETING,

    Plaintiffs,

vs.

MCZ / CENTRUM FLORIDA III OWNERS,
LLC, a foreign limited liability company
and MCZ / CENTRUM FLORIDA XVIII,
LLC, a Delaware limited liability company,

    Defendants.
_____/

**NOTICE OF APPEAL**

NOTICE is hereby given that Plaintiffs, INTERNATIONAL SALES GROUP, LLC ("ISG"), J.O.S. REALTY CO. ("J.O.S."), and TIR SALES AND MARKETING ("TIR") in the above-named case, hereby appeal to the United States Court of Appeals for the Eleventh Circuit from the Final Judgment entered on behalf of Defendants against Plaintiffs, which reserves jurisdiction to enter a separate judgment for costs and attorney's fees to Defendants as prevailing party and to enforce the parties' settlement agreement as to transferred units. Said Final Judgment was entered in this action on the 14th day of March, 2008.

CASE NO. 06-22438-CIV-KING

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this **11th** day of April, 2008, a true and correct copy of the foregoing has been furnished via facsimile and U.S. Mail to: **Robert T. Watson, Esq.** and **James D. Wing, Esq.**, Holland & Knight, LLP, Attorneys for Defendants, 701 Brickell Avenue, Suite 3000, Miami, Florida 33130.

BUCHBINDER & ELEGANT, P.A.
Attorneys for Plaintiffs
46 SW First Street, 4th Floor
Miami, Florida 33130-1610
Telephone: (305) 358-1515
Facsimile: (305) 358-5202

By:_____
HARRIS J. BUCHBINDER
Fla. Bar No. 009888

2